David V. Roth, SB#194648
dvr@manningllp.com
Matthew P. C. Noel, SB#242172
mpn@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999

**E-Filed 8/11/2011**

Attorneys for Defendant MACY'S WEST STORES, INC. [Erroneously sued herein as MACY'S INC.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAWZIA ASHRAF and BERND ENDRES,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S INC. and DOES 1 to 40, Inclusive,<br><br>Defendants. | Civil Action No.: CV11-01487<br><br>*Complaint Filed: September 29, 2009*<br><br>[PROPOSED] ORDER GRANTING REQUEST BY STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties' Stipulation to Continue the Case Management Conference came before this Court on August 11, 2011. The court, having reviewed the Stipulation and good cause having been shown,

/ / /

/ / /

-1-
D:\docsdata\dvr\MACY'S CASES\Ashraf v. Macy's\Pleadings\Prop.Order.CMC.wpd

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

2  The Case Management Conference scheduled for August 12, 2011, is continued to

3  <u>December 16</u>, 2011.

4  IT IS SO ORDERED.

6  Dated: <u>8/11/2011</u>

_____
UNITED STATES DISTRICT COURT