**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAWZIA ASHRAF, et al.,                    No. C11-1487 EMC

            Plaintiffs,

                                           **ORDER REFERRING CASE FOR**
      v.                                   **SETTLEMENT CONFERENCE**

MACY'S, INC., et al.,

            Defendants.
_____/

        IT IS HEREBY ORDERED that this case is referred to a magistrate judge for settlement

conference.  Settlement conference is to be completed within 60 days.  The case management

conference set for December 16, 2011 at 9:00 a.m. is rescheduled for January 6, 2012 at 9:00 a.m.  A

joint case management conference statement shall be filed by December 30, 2011.

Dated:    October 27, 2011

                                           _____
                                           EDWARD M. CHEN
                                           United States District Judge

cc: MagRef