UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAWZIA ASHRAF, et al., | No. C11-1487 EMC |
| Plaintiffs, | |
| v. | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| MACY'S, INC., et al., | |
| Defendants. _____/ | |

IT IS HEREBY ORDERED that this case is referred to a magistrate judge for settlement conference. Settlement conference is to be completed within 60 days. The case management conference set for December 16, 2011 at 9:00 a.m. is rescheduled for January 6, 2012 at 9:00 a.m. A joint case management conference statement shall be filed by December 30, 2011.

Dated: October 27, 2011

_____
EDWARD M. CHEN
United States District Judge

cc: MagRef