1   David V. Roth
    State Bar No.:  194648
2   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
3   One California Street, Suite 1100
    San Francisco, CA 94111
4   Telephone:    (415) 217-6990
    Facsimile:    (415) 217-6999
5
    Attorneys for Defendant,
6   MACY'S WEST STORES, INC. [Erroneously sued herein as MACY'S, INC.]

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  FAWZIA ASHRAF and BERND ENDRES,        )   Case No.: CV11-01487
                                           )
12                      Plaintiff,         )
                                           )
13  vs.                                    )   **NOTICE OF SETTLEMENT**
                                           )    ORDER RESETTING CMC
14  MACY'S INC., and DOES 1 to 40, inclusive,  )   *Complaint Filed: September 29, 2009*
                                           )
15                      Defendants.        )
                                           )
16  _____    )

17  **TO THE COURT, ALL PARTIES AND ANY OTHER COURT-CONNECTED**

18  **SETTLEMENT PROGRAM:**

19          This entire case has been settled.  The settlement is unconditional, and a Stipulation to

20  Dismissal will be filed within 45 days after the date of the settlement.  The initial pleading was filed

21  on September 29, 2009.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1     The next scheduled Telephonic Settlement Conference set for February 24, 2012 at 12:00

2  p.m., in Courtroom A, 15th Floor, San Francisco, CA.

3

4  Dated:  February 22, 2012                              **MANNING & KASS**
                                                          **ELLROD, RAMIREZ, TRESTER** LLP

5

6                                                         By: _____
                                                              David V. Roth

7

8                                                         Attorneys for Defendant,
                                                          MACY'S WEST STORES, INC.

9

10     IT IS SO ORDERED that the 3/2/12 CMC is reset for 5/18/12 at 9:00 a.m.  An updated CMC

11  statement shall be filed by 5/11/12.

12  _____
    Edward M. Chen

13  U.S. District Judge

14

15                        IT IS SO ORDERED

16                        Judge Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                                    D:\docsdata\dvr\MACY'S CASES\Ashraf v. Macy's\Pleadings\Ntc.Settlement.wpd

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date set forth below, I served the document described as **NOTICE OF SETTLEMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)**  I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(ELECTRONICALLY)** as required by the Court's Order for the Northern District of California re: Electronic Service of Pleadings in this matter.

☐ **(BY OVERNIGHT COURIER):**  I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above.  I delivered said UPS envelope to the personnel of our mail room.  I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery.  Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery."

☐ **(BY FACSIMILE)**  I telecopied such document to the offices of the addressee at the following fax number:  .

☐ **(BY PERSONAL SERVICE)**   I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2012 at San Francisco, California.

Dené W. Tatmon

1

**SERVICE LIST**
**Ashraf, et al., v. Macy's West Stores, Inc.**
**U.S. District Court Case No. 5:11-CV-01487**

2

3

4

Jeffrey D. Janoff, Esq.                              **Attorney for Plaintiff,**
Bostwick & Janoff, APLC                          FAWZIA ASHRAF and BERND ENDRES

5

111 West Saint John Street
Suite 1040

6

San Jose, CA 95113
Tel: (408) 286-2300

7

Fax: (408) 286-2303

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28