David V. Roth
State Bar No.: 194648
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER** LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:     (415) 217-6990
Facsimile:      (415) 217-6999

Attorneys for Defendant,
MACY'S WEST STORES, INC. [Erroneously sued herein as MACY'S, INC.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAWZIA ASHRAF and BERND ENDRES, | Case No.: CV11-01487 |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | *Complaint Filed: September 29, 2009* |
| MACY'S INC., and DOES 1 to 40, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May _____, 2012

Bostwick & Janoff, APLC

By: _____
     Jeffrey D. Janoff, Esq.

Attorneys for Plaintiffs,
FAWZIA ASHRAF and BERND ENDRES

////

////

////

- 1 - D:\docsdata\dvr\00 - SETTLED CASES\Ashraf v. Macy's\Pleadings\Stipulation for Dismissal.wpd

1

2    Dated: May 17, 2012                          MANNING & KASS
                                                  ELLROD, RAMIREZ, TRESTER LLP
3

4                                                 By:
                                                      David V. Roth
5

6                                                 Attorneys for Defendant,
                                                  MACY'S WEST STORES, INC.
7

8    IT IS SO ORDERED:

9

10   _____

11   Edward M. Chen
     U.S. District Judge

12                              IT IS SO ORDERED

13                              Judge Edward M. Chen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                   -2- D:\docsdata\dvr\00 - SETTLED CASES\Ashraf v. Macy's\Pleadings\Stipulation for Dismissal.wpd

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date set forth below, I served the document described as **STIPULATION FOR DISMISSAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(ELECTRONICALLY)** as required by the Court's Order for the Northern District of California re: Electronic Service of Pleadings in this matter.

☐ **(BY OVERNIGHT COURIER)**: I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery."

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:  .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2012 at San Francisco, California.

_____

Denise Harmon

1

2

3

**SERVICE LIST**
**Ashraf, et al., v. Macy's West Stores, Inc.**
**U.S. District Court Case No. 5:11-CV-01487**

4

5

6

7

Jeffrey D. Janoff, Esq.
Bostwick & Janoff, APLC
111 West Saint John Street
Suite 1040
San Jose, CA 95113
Tel: (408) 286-2300
Fax: (408) 286-2303

**Attorney for Plaintiff,**
FAWZIA ASHRAF and BERND ENDRES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE