1  David V. Roth
   State Bar No.: 194648
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER** LLP
3  One California Street, Suite 1100
   San Francisco, CA 94111
4  Telephone:   (415) 217-6990
   Facsimile:    (415) 217-6999

5
   Attorneys for Defendant,
6  MACY'S WEST STORES, INC. [Erroneously sued herein as MACY'S, INC.]

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 FAWZIA ASHRAF and BERND ENDRES,    ) Case No.: CV11-01487
                                      )
12                     Plaintiff,     ) STIPULATION FOR DISMISSAL
                                      )
13 vs.                                )
                                      ) *Complaint Filed: September 29, 2009*
14 MACY'S INC., and DOES 1 to 40, inclusive, )
                                      )
15                     Defendants.    )
                                      )
16

17     IT IS HEREBY STIPULATED by and between the parties to this action through their

18 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

19 pursuant to FRCP 41(a)(1).

20

21 Dated: May ___, 2012                  Bostwick & Janoff, APLC

22
                                         By: _____
23                                           Jeffrey D. Janoff, Esq.

24
                                         Attorneys for Plaintiffs,
25                                       FAWZIA ASHRAF and BERND ENDRES

26 ////

27 ////

28 ////

- 1 - D:\docsdata\dvr\00 - SETTLED CASES\Ashraf v. Macy's\Pleadings\Stipulation for Dismissal.wpd

STIPULATION FOR DISMISSAL

1
2  Dated: May 17, 2012                         MANNING & KASS
3                                              ELLROD, RAMIREZ, TRESTER LLP
4                                              By: _____
                                                   David V. Roth
5
6                                              Attorneys for Defendant,
                                               MACY'S WEST STORES, INC.
7
8  IT IS SO ORDERED:
9
10 _____
11 Edward M. Chen
   U.S. District Judge

IT IS SO ORDERED
*(signature)*
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date set forth below, I served the document described as **STIPULATION FOR DISMISSAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(ELECTRONICALLY)** as required by the Court's Order for the Northern District of California re: Electronic Service of Pleadings in this matter.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery."

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2012 at San Francisco, California.

Denise Harmon

## SERVICE LIST
Ashraf, et al., v. Macy's West Stores, Inc.
U.S. District Court Case No. 5:11-CV-01487

| | |
|---|---|
| Jeffrey D. Janoff, Esq.<br>Bostwick & Janoff, APLC<br>111 West Saint John Street<br>Suite 1040<br>San Jose, CA 95113<br>Tel: (408) 286-2300<br>Fax: (408) 286-2303 | Attorney for Plaintiff,<br>FAWZIA ASHRAF and BERND ENDRES |